# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0541

VERSUS

PERRY POOLER

**AUGUST 14, 2023**

---

In Re:    Perry Pooler, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          94015.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

**WRIT DENIED.**

                              PMc
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT